Motion for Rehearing Overruled; Opinion of January 23, 2003 Withdrawn;
Affirmed and Opinion on Motion for Rehearing and Concur













Motion for
Rehearing Overruled; Opinion of January 23, 2003 Withdrawn; Affirmed and
Opinion on Motion for Rehearing and Concurring Opinion filed April 17,
2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00126-CV

____________

 

IN THE INTEREST OF U.P., A CHILD

 

 

_________________________________________________________________

 

On Appeal from
the 328th District Court

Fort Bend County, Texas

Trial Court
Cause No. 115,213

 

_________________________________________________________________

 

C O N C U R R I N G   O P I N I O
N

 

            Applying the standards of review
recently announced by the Texas Supreme Court, the record contains legally and
factually sufficient evidence to support the trial court’s findings that
appellant engaged in conduct that endangered U.P.’s
physical or emotional well-being and that termination of appellant’s parental
rights is in U.P.’s best interest.  See
Tex. Fam. Code. § 161.001;
In re J.F.C., —S.W.3d—, 46 Tex. Sup. Ct.
J. 328, 332–35, 2002 WL 31890913, at *5–*7 (Dec. 31, 2002); In re C.H., 89 S.W.3d 17, 25–26 (Tex. 2002); Holley v. Adams, 544 S.W.2d 367, 371–72
(Tex. 1976)
(promulgating a nonexclusive list of factors that may be considered when
determining the best interest of the child). 
Appellant did not preserve error as to his fifth and sixth points by
asserting these complaints and obtaining a ruling in the trial court.  See
Tex. R. App. P. 33.1(a).  Though I do not join in the majority’s
analysis, I concur in the court’s judgment.

 

 

                                                                                    

                                                                        /s/        Kem Thompson
Frost

                                                                                    Justice

 

Judgment rendered and Concurring Opinion filed April 17, 2003.

 

 

Panel consists of Justices Yates, Anderson, and
Frost.